774 A.2d 1246

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Lee E. JONES, Appellee.**

Supreme Court of Pennsylvania.

Argued March 6, 2001.

Decided June 19, 2001.

Kyle M. Baxter, John W. Peck, Greensburg, for appellant, Com. of PA.

Chris Huffman, Greensburg, for appellee, Lee E. Jones.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 19th day of June 2001, the appeal is dismissed as having been improvidently granted.